■ In the Matter of the Arbitration between MOBIL OIL INDONESIA, INC., Respondent, and REFINING ASSOCIATES CANADA, LTD., Appellant.—Judg-

ment, Supreme Court, New York County, entered on August 19, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term. Petitioner-respondent shall recover of respondent-appellant $40 costs and disbursements of this appeal. Concur—Lupiano, Silverman, Lane and Markewich, JJ.; Kupferman, J. concurs in the result only.